IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40870
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TEODORO GARCIA-DE LUNA, JR.,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-99-CR-73-1
--------------------
May 2, 2000

Before KING, Chief Judge, and JOLLY and PARKER, Circuit Judges.

PER CURIAM:[*]

     Teodoro Garcia-De Luna, Jr., appeals his conviction for possession with intent to distribute marijuana.  He argues that the district court erred in denying his motion for judgment of acquittal and engaged in improper questioning of witnesses that rendered his trial fundamental unfair.  Because Garcia-De Luna was identified as the driver of the van by two Texas Department of Public Safety officers, the evidence was sufficient to support

Garcia-De Luna's conviction.  <u>United States v. Lopez</u>, 74 F.3d

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

575, 577 (5th Cir. 1996).  The cumulative effect of the district court's questioning of various witnesses did not deprive Garcia-De Luna of a fair trial.  <u>United States v. Saenz</u>, 134 F.3d 697, 701 (5th Cir. 1998).

AFFIRMED.